IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Sargent Jr, David R | Case Number: 08 B 32077 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/24/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Green Tree Servicing LLC | Secured | 0.00 | 0.00 |
| 2. Green Tree Servicing LLC | Secured | 0.00 | 0.00 |
| 3. RoundUp Funding LLC | Unsecured | 0.00 | 0.00 |
| 4. American Honda Finance Corporation | Unsecured | 0.00 | 0.00 |
| 5. American Honda Finance Corporation | Unsecured | 0.00 | 0.00 |
| 6. Premier Bankcard | Unsecured | 0.00 | 0.00 |
| 7. Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
|  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

